13

05 SEP 12 A 11: 12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELSA NASCIMENTO | : | CASE NUMBER: 3:05 CV 01868 (AVC) |
| Plaintiff | | |
| VS. | : | |
| TESH DURVASULA and DONNA DURVASULA | : | SEPTEMBER 8, 2006 |
| Defendants | : | |

## REQUEST FOR PHYSICAL EXAMINATION

Defendants, Tesh Durvasula and Donna Durvasula, request that the Court enter an order, pursuant to Rule 35 of the Federal Rules of Civil Procedure, that plaintiff, Elsa Nascimento, submit herself to a physical examination by Dr. Andrew N. Bazos of New Milford Orthopedic Associates, 131 Kent Road (Route 7), New Milford, Connecticut 06776, to be examined and review plaintiff's orthopedic injuries claimed as a result of the accident in the above matter on Wednesday, September 27, 2006, at 11:00 a.m. or at some other mutually agreeable time. Plaintiff in the above matter claims to have sustained injuries to her shoulder and neck as a result of a fall on defendants' property.

1

3:05CV01868(AVC) October _11_, 2006. The motion is GRANTED. The plaintiff, Elsa Nascimento, shall submit to a physical examination as described in the within motion. The examination shall take place on October 20, 2006, at 11:00am, or at some other time to which the parties mutually agree.
SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.